UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL THOUGHTS, INC.,<br><br>                        Plaintiff,<br><br>v.<br><br>PERFORMANCE TOUCH, LLC;<br>THE HYGENIC CORPORATION; and<br>DOES 1-10,<br><br>                        Defendants. | Case No.: 3:17-cv-2148-BEN-LL<br><br>**ORDER DENYING JOINT MOTION TO STAY THE CASE FOR 60 DAYS**<br>**[Doc. 89]** |

The parties jointly move the Court to stay this matter for 60 days to allow them to participate in private mediation. A district court has inherent power to control its own docket "with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court agrees with the parties that extensions of time related to the scheduling order and briefing deadlines may be warranted, but the Court is not persuaded that a stay of this matter is necessary at this time. The motion is **DENIED**.

      **IT IS SO ORDERED.**

Date: May 14, 2019

                                                HON. ROGER T. BENITEZ
                                                United States District Judge