UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL THOUGHTS, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>PERFORMANCE TOUCH, LLC; THE HYGENIC CORPORATION; PERFORMANCE HEALTH HOLDINGS CORPORATION; and DOES 2-10,<br><br>          Defendants. | Case No.: 17cv2148-BEN-LL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' RENEWED MOTION TO SEAL**<br><br>**[ECF No. 96]** |

  Currently before the Court is Defendants' "Renewed Motion to File Certain Documents and/or Portions of Documents Under Seal." See ECF No. 96. Good cause appearing, the Court **GRANTS** Defendants' Renewed Motion to file the following documents under seal:

  1. The unredacted version of Plaintiff's Motion to Compel [ECF No. 65] and Exhibits 9, 10, 11, and 12 in support.

  2. The unredacted version of Defendant's Opposition [ECF No. 71] and the unredacted versions of Exhibits A and B in support. The Court further **GRANTS** Defendants' request to substitute the redacted versions of Exhibits A and D [ECF No. 96-2 and 96-3] for the currently filed Exhibits A and D

[ECF No. 71-2 and 71-5].

3. The unredacted version of Plaintiff's Reply [ECF No. 76].

The Court **DENIES** Defendants' request to file Exhibit 13 of Plaintiff's Reply under seal. Specifically, Defendants requests Exhibit 13 be filed under seal because it is an "internal email communication between Defendants' employees, sent during the time of their employment[.]" ECF No. 96 at 8. Upon the Court's review however, Exhibit 13 contains Defendant's Responses and Objections to Plaintiff's First Set of Requests for Production of Documents and has already been publicly filed.

It appears this portion of Defendants' Renewed Motion is mistakenly referencing Exhibits 9-13 of Plaintiff's Ex Parte Application to Modify the Scheduling Order. See ECF Nos. 79, 80. Instead, the Court notes the Parties' previous Motion to Seal [ECF No. 77] requested that Exhibit 15 (rather than Exhibit 13) be filed under seal because it contained "a link to documents that Defendants have designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." ECF No. 77 at 3. Per Defendants' representations however, such links have been (or at least can be) "disabled" so that this exhibit can "be publicly filed without harming or prejudicing Defendants." See ECF No. 96 at 8.

**IT IS SO ORDERED.**

Dated: June 12, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge